IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| YORDIN MIGUEL LAMEDA CORDERO, | * |
| Petitioner, | * |
| v. | *   Case No. 1:25-cv-03968-BAH |
| PAMELA JO BONDI, *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

On December 3, 2025, Petitioner Yordin Miguel Lameda Cordero filed a Petition for Writ of Habeas Corpus. ECF No. 1. On December 4, 2025, the Court held a teleconference with the parties. As discussed at the teleconference, the parties are in agreement that: (i) Petitioner's detention is discretionary pursuant to 8 U.S.C. § 1226, not 8 U.S.C. § 1225; and (ii) 8 U.S.C. § 1226 and 8 C.F.R. § 236.1(d) provide that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a) with an Immigration Judge considering the application for bond under the factors of *Matter of Guerra*, 24 I. & N. Dec. 37 (BIA 2006). In light of the parties' agreement, it is hereby

**ORDERED**:

That briefing in this matter is **STAYED** while Petitioner pursues a bond hearing in the Immigration Court; and

That the parties **SHALL FILE** a Joint Status Report on or before December 20, 2025 addressing the status of the bond hearing issue. If appropriate, the parties shall also include a proposed schedule for further proceedings in the Joint Status Report.

This Order is without prejudice to Petitioner's entitlement to seek a bond hearing before an Immigration Judge and to pursue subsequent relief as he sees fit.

Dated:  December 5, 2025                                    /s/
                                                    Brendan A. Hurson
                                                    United States District Judge